UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DISTRICT
4:12-CR-115-BR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GERARD FENNER | ) | |

This matter is before the court on defendant's unopposed motion to continue the resentencing hearing. For good cause shown, the motion is ALLOWED. Resentencing is continued to 29 September 2014.

This 31 July 2014.

_W. Earl Britt_
Senior U.S. District Judge